UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STACI-JO BARNES,

    Plaintiff,

-vs-                                        Case No. 6:08-cv-1682-Orl-18GJK

SOCIAL SECURITY ADMINISTRATION,
FEDERAL BUREAU OF INVESTIGATION,

    Defendants.

REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

    This cause came on for consideration without oral argument on the following motion filed herein:



| | |
|---|---|
| **MOTION:** | **AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS (Doc. No. 25)** |
| **FILED:** | **April 29, 2009** |

    THEREON it is RECOMMENDED that the motion be DENIED.

I.    BACKGROUND

    On September 30, 2008, the Social Security Administration and the Federal Bureau of Investigation (collectively, the "Defendants") removed Staci-Joe Barnes's (the "Plaintiff") two-count complaint (the "Complaint") to the United States District Court for the Middle District of Florida, Orlando Division. Doc. No. 1. In Count I of the Complaint, Plaintiff alleged that the Defendants and the